UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLACKSTONE INTERNATIONAL, LTD., a Maryland corporation,

Plaintiff,

v.

E2 LIMITED, a Hong Kong company; COLLIN CARPENTER, individually and on behalf of his marital community; BIG BOX SALES & MARKETING, INC.; a Washington corporation; TECHNOMATE MANUFACTORY, LTD.,

Defendants.

CASE NO. 2:20-CV-001686-RSM

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SINGLE CONSOLIDATED OPPOSITION TO DEFENDANTS' TWO MOTIONS TO DISMISS

**THIS MATTER** having come before the Court on Plaintiff's Motion for Leave to File a Single Consolidated Opposition to Defendants' Two Motions to Dismiss, or, In the Alternative, for Over-Length Oppositions (the "Motion"), and the Court having considered the pleadings and papers filed in this action, and all other matters properly before the Court,

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

**IT IS ORDERED** that the Motion is **GRANTED**.

1. Plaintiff Blackstone International, Ltd. may file a single consolidated opposition, not to exceed 48 pages, in response to Defendant Technomate Manufactory, Ltd.'s Motion to Dismiss First Amended Complaint for Lack of Personal Jurisdiction [Dkt. #21] and Defendant E2 Limited's Motion to Dismiss First Amended Complaint for Lack of Personal Jurisdiction, and in the Alternative, to Compel Arbitration [Dkt. #24] (collectively, the "Motions to Dismiss").

2. Defendants Technomate Manufactory, Ltd. and E2 Limited may together file a single consolidated reply, not to exceed 24 pages, in support of the Motions to Dismiss, if they so choose.

DATED this 22nd day of March 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE