**THE HONORABLE RICARDO S. MARTINEZ**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| BLACKSTONE INTERNATIONAL, LTD., a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>E2 LIMITED, a Hong Kong company; COLLIN CARPENTER, individually and on behalf of his marital community; BIG BOX SALES & MARKETING, INC.; a Washington corporation; TECHNOMATE MANUFACTORY, LTD.,<br><br>Defendants. | CASE NO. 2:20-CV-001686-RSM<br><br>**STIPULATED MOTION AND ORDER REGARDING ORDER TO TEMPORARILY FILE UNDER SEAL**<br><br>**NOTE ON MOTION CALENDAR:** Thursday, April 1, 2021 |

## **STIPULATION**

1. On March 26, 2021, Plaintiff Blackstone International, Ltd., on the one hand ("Blackstone"), and Defendants E2 Limited, Collin Carpenter, and Technomate Manufactory, Ltd., on the other hand (collectively, "Defendants"), filed a Stipulated Motion to Temporarily File Under Seal [Dkt. #46] (the "Temporarily Seal Motion").

2. The Court granted the parties' Temporarily Seal Motion on March 29, 2021. *See* Order to Temporarily File Under Seal [Dkt. #55] (the "Temporarily Seal Order").

3. Pursuant to Section 9(b) of the Temporarily Seal Order, "[o]n or before April 2, 2021" is the current deadline for defendant Collin Carpenter ("Carpenter") and non-party Costco Wholesale Corporation ("Costco") to: "(a) identify which documents Carpenter and/or Costco believe need to

maintained under seal and/or redacted; (b) identify the portions of Blackstone's opposition brief that Carpenter and/or Costco believe needs to be redacted (if any); and (c) file their own motion to seal (in whole or redacted portions) pursuant to the requirements of LCR 5(g) and, particularly LCR 5(g)(3)(B)."

4. Counsel for Carpenter and Costco has requested as a matter of professional courtesy an extension of the deadline to file their own motion to seal and complete the other related matters of Section 9(b) of the Temporarily Seal Order.

5. The parties' counsel have met and conferred in good faith regarding the requested extension, and Plaintiff has agreed to the requested extension.

6. Accordingly, pursuant to the parties' stipulation, and subject to the Court's approval, the parties specifically agree as follows:

    a. On or before April 9, 2021, Carpenter and Costco will (a) identify which documents Carpenter and/or Costco believe need to maintained under seal and/or redacted; (b) identify the portions of Blackstone's opposition brief that Carpenter and/or Costco believe needs to be redacted (if any); and (c) file their own motion to seal (in whole or redacted portions) pursuant to the requirements of LCR 5(g) and, particularly LCR 5(g)(3)(B).

    b. The party or parties requesting that the materials remain under seal (*i.e.*, Carpenter and/or Costco), will bear the burden to establish good cause for such motion, including the content specified in LCR 5(g)(3)(B). Blackstone further reserves the right to oppose any such motion to maintain the materials under seal.

**SO STIPULATED** this April 1, 2021.

By: */s/ Christopher M. Huck*
   Christopher M. Huck
   (WSBA No. 34104)

  */s/ Kit W. Roth*
  Kit W. Roth
  (WSBA No. 33059)

  */s/ R. Omar Riojas*
  R. Omar Riojas
  (WSBA No. 35400)

**Goldfarb & Huck Roth Riojas, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Phone: 206-452-0260
Email: huck@goldfarb-huck.com

*/s/ Paul. R. Gieri*
Paul R. Gieri (admitted pro hac vice)
(paul.gieri@prgierillc.com)
**P.R. GIERI LLC**
6701 Democracy Blvd Suite 300
Bethesda, Maryland 20817
Phone: (860) 235-6314

Attorneys for Plaintiff
Blackstone International Ltd.

By: */s/ Fredric G. Ludwig, III*
   Fredric G. Ludwig
   (admitted pro hac vice)
**Ludwig, APC**
12463 Rancho Bernardo Road, No. 532
San Diego, CA 92128
Phone: 619-929-0873
Email: fredrick.ludwig@ludwigiplaw.com

*/s/ Thomas B. Vertetis*
  Thomas B. Vertetis
**PFAU COCHRAN VERTETIS AMALA, PLLC**

*/s/ Christopher E. Love*
  Christopher E. Love
**PFAU COCHRAN VERTETIS AMALA, PLLC**

By: */s/ Andrew J. Kubik*
   Andrew J. Kubik
**LUDWIG APC**

Attorneys for Defendants
E2 Limited, Collin Carpenter, and
Technomate Manufactory, Ltd.; and
Non-Party Costco Wholesale Corporation

# ORDER

Pursuant to the above Stipulated Motion, **IT IS SO ORDERED**.

DATED this 5th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE