**THE HONORABLE RICARDO S. MARTINEZ**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| BLACKSTONE INTERNATIONAL, LTD., a Maryland corporation,<br><br>           Plaintiff,<br>    v.<br><br>E2 LIMITED, a Hong Kong company; COLLIN CARPENTER, individually and on behalf of his marital community; BIG BOX SALES & MARKETING, INC.; a Washington corporation; TECHNOMATE MANUFACTORY, LTD.,<br><br>           Defendants. | CASE NO. 2:20-CV-001686-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO RESET TRIAL DATE AND RELATED DATES**<br><br>**NOTE ON MOTION CALENDAR:**<br>**Thursday, November 4, 2021** |

    **THIS MATTER** having come before the Court on the parties' Stipulated Motion to Reset Trial Date and Related Dates ("Motion"), and the Court having considered the pleadings and papers filed by the parties, the arguments of counsel, and all other matters properly before the Court,

    **IT IS ORDERED** that the parties' Motion is **GRANTED**. The trial date is reset to December 5, 2022, and the following related dates are reset:

| | |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | June 8, 2022 |
| Deadline for filing motions related to discovery | July 7, 2022 |

ORDER GRANTING STIPULATED MOTION TO RESET
TRIAL DATE AND RELATED DATES - 1
CASE NO. 2:20-CV-001686-RSM

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

| | |
|---|---|
| Discovery completed by | August 8, 2022 |
| All dispositive motions must be filed by | September 8, 2022 |
| Mediation per LCR 39.1(c)(3) | October 21, 2022 |
| All motions in limine must be filed by | November 9, 2022 |
| Agreed pretrial order due | November 23, 2022 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs, proposed voir dire, jury instructions, neutral statement of the case, and trial exhibits due | November 23, 2022 |

DATED this 5th day of November, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE
ORDER GRANTING STIPULATED MOTION TO RESET
TRIAL DATE AND RELATED DATES - 2
CASE NO. 2:20-CV-001686-RSM

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

Presented by:

| | |
|---|---|
| By: */s/ Christopher M. Huck*<br>Christopher M. Huck<br>(WSBA No. 34104)<br>huck@goldfarb-huck.com<br><br>*/s/ Kit W. Roth*<br>Kit W. Roth<br>(WSBA No. 33059)<br>roth@goldfarb-huck.com<br><br>*/s/ R. Omar Riojas*<br>R. Omar Riojas<br>(WSBA No. 35400)<br>riojas@goldfarb-huck.com<br><br>**Goldfarb & Huck Roth Riojas, PLLC**<br>925 Fourth Avenue, Suite 3950<br>Seattle, WA 98104<br>Phone: 206-452-0260<br><br>*/s/ Paul. R. Gieri*<br>Paul R. Gieri (admitted pro hac vice)<br>(paul.gieri@prgierillc.com)<br>**P.R. Gieri, LLC**<br>6701 Democracy Blvd Suite 300<br>Bethesda, MD 20817<br>Phone: 860-235-6314<br><br>Attorneys for Plaintiff<br>Blackstone International Ltd. | By: */s/ Frederic G. Ludwig, III*<br>Frederic G. Ludwig<br>(admitted pro hac vice)<br>frederic.ludwig@ludwigiplaw.com<br><br>*/s/ Andrew J. Kubik*<br>Andrew J. Kubik<br>(admitted pro hac vice)<br>andrew.kubik@ludwigiplaw.com<br><br>**Ludwig, APC**<br>12463 Rancho Bernardo Road, No. 532<br>San Diego, CA 92128<br>Phone: 619-929-0873<br><br><br>*/s/ Thomas B. Vertetis*<br>Thomas B. Vertetis<br>(WSBA No. 29805)<br>tom@pcvalaw.com<br><br>*/s/ Christopher E. Love*<br>Christopher E. Love<br>(WSBA No. 42832)<br>chris@pcvalaw.com<br><br>**Pfau Cochran Vertetis Amala, PLLC**<br>909 A Street, Suite 700<br>Tacoma, WA  98402<br>Phone: 253-948-3199<br><br>Attorneys for Defendants<br>E2 Limited, Collin Carpenter, and<br>Technomate Manufactory, Ltd. |

ORDER GRANTING STIPULATED MOTION TO RESET TRIAL DATE AND RELATED DATES - 3
CASE NO. 2:20-CV-001686-RSM

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on November 4, 2021 and was served via the Court's CM/ECF system on all counsel of record.

DATED this November 4, 2021.

                                        */s/ Christopher M. Huck*
                                        Christopher M. Huck, WSBA No. 34104

ORDER GRANTING STIPULATED MOTION TO RESET TRIAL DATE AND RELATED DATES - 4
CASE NO. 2:20-CV-001686-RSM

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260