UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACKSTONE INTERNATIONAL, LTD., a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>E2 LIMITED, a Hong Kong company; COLLIN CARPENTER, individually and on behalf of his marital community; BIG BOX SALES & MARKETING, INC.; a Washington corporation; TECHNOMATE MANUFACTORY, LTD.,<br><br>Defendants. | Case No. C20-1686RSM<br><br>ORDER DENYING MOTION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF |

This matter comes before the Court on Defendant Collin Carpenter's Motion for Leave to File Overlength Reply Brief in Support of Motion to Dismiss. Dkt. #65. No party has opposed this Motion. However, the Motion was filed two days before the reply was due, the Court did not instantly rule on the Motion, and Defendant went ahead and filed his Reply brief within the page limit set by the Local Rules. *See* Dkt. #72. Accordingly, this Motion is moot.

Having considered the briefing and the remainder of the record, it is hereby ORDERED that the Motion, Dkt. #65, is DENIED AS MOOT.

//

//

ORDER DENYING MOTION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF - 1

DATED this 12th day of July, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF - 2