UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLACKSTONE INTERNATIONAL, LTD., <br><br> Plaintiff, <br><br> v. <br><br> E2 LIMITED; COLLIN CARPENTER; BIG BOX SALES & MARKETING INC.; and TECHNOMATE MANUFACTORY, LTD., <br><br> Defendant. | C20-1686 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)　Having reviewed the parties' Joint Status Report, docket no. 111, and based on the information provided, the Court hereby sets the following dates and deadlines:

| **LENGTH OF TRIAL DATE (12 days)** | **April 29, 2024** |
|---|---|
| Deadline for joining parties | October 9, 2023 |
| Deadline for amending pleadings | October 9, 2023 |
| Disclosure of expert testimony | October 9, 2023 |
| Discovery motions filing deadline | November 29, 2023 |

MINUTE ORDER - 1

| | |
|---|---|
| Discovery completion date | January 8, 2024 |
| Dispositive motions and expert-related motions filing deadline | February 7, 2024 |
| Motions in limine filing deadline | March 27, 2024 |
| Agreed pretrial order due | April 12, 2024 |
| Trial briefs due | April 12, 2024 |
| Pretrial conference scheduled for | April 19, 2024 at 10:00 a.m. |

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of June, 2023.

Ravi Subramanian<br>
Clerk<br>
<br>
s/Laurie Cuaresma<br>
Deputy Clerk

MINUTE ORDER - 2